

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On July 9, 2014, this court dismissed this appeal for want of prosecution because appellant failed to timely respond to this court's order of June 12, 2014, by providing proof that the fee for preparing the clerk's record had been paid. On July 16, 2014, appellant filed a motion for rehearing stating the order to show cause was misinterpreted by his staff and incorrectly calendared. Additionally, the fee for preparing the clerk's record was paid on July 14, 2014.

It is therefore ORDERED that this court's opinion and judgment dated July 9, 2014 are WITHDRAWN BY THE COURT ON ITS OWN MOTION. Appellant's motion for rehearing is MOOT. The clerk's record must be filed in this court no later than fifteen days from the date of this order.

It is so **ORDERED** on the 5th day of August, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court